1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     v.<br><br>JESSE PARRA,<br><br>       Defendant. | Case No. 11-cr-0355 EJD-15 (NC)<br><br>**ORDER FINDING VIOLATION OF RELEASE CONDITIONS AND ORDERING DETENTION**<br><br>Hearing: 10/19/2023 |

     Arising from a Violation Memorandum submitted by the Pretrial Services Agency on October 18, 2023, the Court held a hearing on October 19, 2023, with defendant Parra present and represented by counsel.  The Court determined that there was more than clear and convincing evidence shown that Parra violated the pretrial release conditions set September 1, 2023, that he have no contact with a specified person and that he stay away from that person's residence.  18 U.S.C. § 3148(b)(1)(B).  Further, the Court determined that based on the factors set forth in section 3142(g), there is no condition or combination of conditions of release that will assure that Parra will not pose a danger to the safety of that other person specifically identified in the conditions of release.  18 U.S.C. § 3148(b)(2)(A).

1

2          The defendant is therefore committed to the custody of the Attorney General or his

3   designated representative for confinement in a corrections facility separate, to the extent

4   practicable, from persons awaiting or serving sentences or being held in custody pending

5   appeal.  The defendant must be afforded a reasonable opportunity for private consultation

6   with defense counsel.  On order of a court of the United States or on the request of an

7   attorney for the Government, the person in charge of the corrections facility must deliver

8   the defendant to a United States Marshal for the purpose of an appearance in connection

9   with a court proceeding.

10          IT IS SO ORDERED.

11          Date: October 19, 2023

Nathanael M. Cousins
12                                                                    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28