**ORDER/COVER SHEET**

**TO:**  **Honorable Nathanael M. Cousins**  **RE:**  **PARRA, Jesse**
**U.S. Magistrate Judge**

**FROM:**  **Silvio Lugo, Chief**  **Docket No.:**  **5:11-CR-00355-EJD-15__**
**U.S. Pretrial Services Officer**

**Date:**  **May 9, 2025**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Shafia Khanoon  408-535-5231

**U.S. Pretrial Services Officer**  **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.  5, 4th Floor  on  May 19, 2025  at  1:00 p.m.  .

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐  Modification(s):

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____

_____  May 9, 2025 _____
**JUDICIAL OFFICER**  **DATE**